104 F.3d 373
 Valinda F. Oladeinde, Patricia L. Fields
v.
City of Birmingham, Richard Arington, as Mayor of City of
Birmingham, ARthur Deutsch, as Chief of Police of City of
Birmingham, Julius Walker, as Provisional Captain of
Administrative Vice-Narcotics Division, R.L. Webb, as
Provisional Captain of Internal Affairs Divisions, Johnnie
L. Johnson, Chief of Police, David Barber, Roger Brown,
U.S., State of Alabana, Harwell G. Davis, III, Robert P. McGregor
 NO. 95-6352
 United States Court of Appeals,
Eleventh Circuit.
 Dec 16, 1996
 N.D.Ala., 89 F.3d 855
 
 1
 DENIALS OF REHEARING EN BANC.